# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIRD,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD MAYHUE,<br><br>    Defendant. | Case No.: 1:15-cv-00298-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 35] |

  Plaintiff Michael Bird is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was removed from the Madera County Superior Court to this Court on February 25, 2015.

  Currently before the Court is Defendant's motion for an extension of time to file a dispositive motion, filed May 20, 2016.

  Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant is granted to and including, August 23, 2016, to file a dispositive motion.

IT IS SO ORDERED.

Dated: __May 23, 2016__

                 UNITED STATES MAGISTRATE JUDGE