**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BIRD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD MAYHUE,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00298-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 44] |

　　　　Plaintiff Michael Bird is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 5, 2016, the parties filed a stipulation to dismiss the action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Accordingly, based on the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **July 6, 2016**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE